IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| COGNITIO CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:26-cv-1221 (LMB/WEF) |
| | ) | |
| SRC RECRUITING, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

For the reasons stated in open court, plaintiff's Motion for Limited Transcript Redactions, [Dkt. No. 35], and Motion to Alter or Amend Judgment Under Rule 59(e) and For Leave to File Second Amended Complaint Under Rule 15(a)(2), [Dkt. No. 38], are DENIED; and it is further

ORDERED that defendants' requests to award attorneys' fees be and are DENIED WITHOUT PREJUDICE. If plaintiff files an appeal of the Court's decision with the Fourth Circuit, and defendants prevail, this Court will consider awarding defendants the reasonable attorney's fees and costs associated with this civil action and the appeal as long as defendants timely submit the time sheets and receipts supporting the fees and costs.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 28th day of August, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge